No. 05–5717.  CORDOVA v. MUELLER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–5718.  CENSKE v. MARQUETTE COUNTY JAIL.  C. A. 6th Cir.  Certiorari denied.

No. 05–5719.  B. L. v. FRANKLIN COUNTY CHILDREN SERVICES.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 05–5728.  MCDONALD v. BELLSOUTH TELECOMMUNICATIONS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 05–5729.  POLITE ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5730.  LYLES v. MILLER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 05–5732.  MATTHEWS v. CLARK COUNTY, NEVADA, ET AL. Sup. Ct. Nev.  Certiorari denied.

No. 05–5733.  RATSAVONGSY v. CADEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–5737.  ROSEBERRY v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 05–5741.  SCRUGGS v. PALMER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 05–5742.  WALKER v. CARROLL, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–5745.  DAVIS v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 05–5746.  BLOUNT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–5747.  ABEYTA v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 05–5749.  BOATSWAIN v. GONZALES, ATTORNEY GENERAL. C. A. 2d Cir.  Certiorari denied.